2025R00443/CF

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 25- |
| | : | |
| BENJAMIN BALISAGE | : | 18 U.S.C. § 933(a)(1) |
| | : | 21 U.S.C. §§ 841(a)(1) and |
| | : | (b)(1)(C) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE
(Firearms Trafficking)

On or about January 17, 2024, in Union County, in the District of New Jersey and elsewhere, the defendant,

**BENJAMIN BALISAGE**,

did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
(Possession with Intent to Distribute Cocaine and Fentanyl)

On or about December 13, 2023, in Union County, in the District of New Jersey and elsewhere, the defendant,

**BENJAMIN BALISAGE**,

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION ONE

As a result of committing the firearms offense charged in Count One of this Information, the defendant,

**BENJAMIN BALISAGE**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense, and, pursuant to Title 18, United States Code, Section 934(a) and Title 28, United States Code, Section 2461(c), shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such offense, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

## FORFEITURE ALLEGATION TWO

As a result of committing the controlled substance offense charged in Count Two of this Information, the defendant,

**BENJAMIN BALISAGE**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count Two of this Information.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

TODD BLANCHE
U.S. Deputy Attorney General

_____
ALINA HABBA
United States Attorney

*/s/ Christopher Fell*
CHRISTOPHER FELL
Assistant United States Attorney